FILED

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0344

IN THE MATTER OF:

A.R.

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant K.R.'s motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant K.R. is granted an extension of time to and including December 30, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

**No further extensions of time will be granted.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2022